IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANGELA SEXTON, | Civil Action 3:12-cv-264 |
| Plaintiff, | JUDGE: WALTER H. RICE |
| v. | |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS 6th day of November, 2012.

_____
Judge Walter H. Rice